UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS OSOLLO,<br><br>Plaintiff,<br><br>v.<br><br>LINDA DARLING-HAMMOND, et al.,<br><br>Defendants. | Case No. 2:16-cv-03045-SJO (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Fourth Amended Complaint ("4AC"), Defendants' Motions to Dismiss Plaintiff's 4AC, the records on file, and the Report and Recommendation ("R&R") of the United States Magistrate Judge. The Court has engaged in a de novo review of those portions of the R&R to which the parties have objected. The Court accepts the findings and recommendation of the Magistrate Judge.

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS THEREFORE ORDERED that Plaintiff's Motions to Amend his complaints and file a Fifth and Sixth Amended Complaints (Electronic Case Filing Numbers 102 and 117) are **DENIED**, and, Defendants' Motions to Dismiss Plaintiff's 4AC [Electronic Case Filing Numbers 107, 108, 109] be **GRANTED**; and Judgment be entered **DISMISSING** this action with prejudice.

Dated: 6/19/18

*S. James Otero*

HONORABLE S. JAMES OTERO
United States District Judge