JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS OSOLLO, | Case No. 2:16-cv-03045-SJO (SHK) |
| Plaintiff, | |
| v. | JUDGMENT |
| LINDA DARLING-HAMMOND, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated:  6/19/18

*S. James Otero*

_____

HONORABLE S. JAMES OTERO
United States District Judge